UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No.: | CV 24-07242-SPG-AGR | Date: | November 26, 2024 |

Title: LaToya Adams v. The Eberly Company

Present: The Honorable **SHERILYN PEACE GARNETT, United States District Judge**

| Patricia Gomez | Court |
|---|---|
| Deputy Clerk | Reporter |

Attorney(s) Present for Plaintiff(s):              Attorney(s) Present for Defendant(s):

**Proceedings:**              (IN CHAMBERS) ORDER

On October 8, 2024, the Court ordered Plaintiff to "file the Amended Complaint within thirty (30) days of the date of this order." (ECF No. 10 ("Order")). The Order stated that "failure to file an Amended Complaint will result in dismissal of this action." Plaintiff has not filed an Amended Complaint by the deadline. The Court hereby DISMISSES this action without prejudice and directs the clerk to close the file.